IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JULIUS WHITE,                                              *

                 Plaintiff,                         *

v.                                                                  Case No.  5:21-cv-00019-MTT-CHW

                                    *

FAMILY DOLLAR, et al.,

                 Defendants.                       *

_____                 *

## J U D G M E N T

      Pursuant to this Court's Order dated September 21, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

      This 22nd day of September, 2021.

                           David W. Bunt, Clerk

                           s/ Tydra Miller, Deputy Clerk